UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:13-MJ-1979

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JACOBS, JEFFREY A. | ) | |

1. The United States of America, by and through the Acting United States Attorney for the Eastern District of North Carolina, has moved the Court to amend the criminal information and penalty sheet in the above-captioned matter.

2. After due consideration, the Court hereby AMENDS the criminal information and penalty sheet in this case.

So ORDERED this __8th__ day of __June__, 2016.

*Kimberly A. Swank*
United States Magistrate Judge